

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-83,576-01

## EX PARTE CHARLES HIRSCH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-2007-1760-A WHC 1 IN THE 16TH DISTRICT COURT
### FROM DENTON COUNTY

*Per curiam*. RICHARDSON, J., filed a dissenting statement in which JOHNSON and ALCALA, JJ., joined. NEWELL, J., would grant.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of online solicitation of a minor and sentenced to 180 days' imprisonment on each count. The Second Court of Appeals affirmed his convictions. *Hirsch v. State*, 282 S.W.3d 196 (Tex. App.—Fort Worth 2009).

In a single ground, Applicant contends that his convictions are no longer valid in light of *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). We decline to review the merits of this ground.

Under Article 11.07, confinement "means confinement for any offense or any collateral consequence resulting from the conviction that is the basis of the instant habeas corpus." TEX. CODE CRIM. PROC. art. 11.07, § 3(c); *see also Ex parte Harrington*, 310 S.W.3d 452, 457 (Tex. Crim. App. 2010). Applicant's sentences have discharged, and he has not alleged collateral consequences. This application is dismissed without prejudice.

Filed: May 25, 2016
Do not publish